| Creditor | Claim Number | Allowed Amount | Amount Paid |
|---|---|---|---|
| ANTHONY JONES<br>19331 LOCHERIE AVE.<br>CLEVELAND, OH 44119-1413 | 000082-15 | 20.00 | 12.59 |
| POWER CITY INTERNATIONAL, INC.<br>P.O. BOX 46847<br>BEDFORD, OH 44146 | 000089 | 12,642.87 | 7,961.49 |
| KONA BLUE WATER FARMS LLC<br>155 MONTGOMERY ST<br>SUITE 900<br>SAN FRANCUSCO, CA 94104 | 000068 | 12,408.51 | 7,813.91 |
| LEGACY SEAFOOD<br>7520 CHANCELLOR DRIVE<br>ORLANDO, FL 32809 | 000060 | 4,202.27 | 2,646.26 |
| VALLEY FORGE<br>PARKE SUPPLY CO<br>34100 MILLS ROAD<br>AVON, OH 44011 | 000024 | 641.76 | 404.13 |
| SLADE GORTON & CO., INC.<br>PO BOX 31312<br>HARTFORD, CT 06150-1312 | 000014 | 69,366.90 | 43,681.85 |
| Remittance Total | | 99,282.31 | 62,520.23 |

*signature*
RICHARD A. BAUMGART

FILED 11 MAR 23 PM 12:05
NORTHERN DISTRICT OF OHIO
CLEVELAND