# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO

To: Robert V Kelly

**Notice of Filing Deficiency**
**For Motions/Pleadings Submitted for Judge's Consideration**

In Re: State Fish, Inc.                                          Case No: 08-14408

UNDER BANKRUPTCY RULE 5005, THE ORIGINAL OF THE ATTACHED DOCUMENT HAS BEEN ACCEPTED FOR FILING. HOWEVER, IT DOES NOT COMPLY WITH LOCAL RULE 3011-1 AND FURTHER ACTION IS REQUIRED:

☐ Original signature of ☐ attorney ☐ creditor must be supplied

☐ Certificate of service with name and address of parties served and date of service must be filed.

☐ Social Security/Tax I.D. No. Must be in the document

☐ Copy of trustee's Transmittal of Unclaimed Funds depositing the funds into Treasury as unclaimed, or the receipt to the trustee and list of parties entitled to the unclaimed funds must be appended.

☐ In the future, please include:

  ☐ (a) correct case number and caption.
  ☐ (b) correct judge.

**X** Other: *Claimant's proof of identification and notarized affidavit of the claimant or person authorized to act on behalf of the claimant attesting to the authenticity of the proof of identification required.*
*Valid claimant's ID.*
☐ *Attached affidavits and power of attorney must be notarized.*

**THIS DOCUMENT MUST BE CORRECTED WITHIN 5 BUSINESS DAYS FROM THE DATE OF THIS NOTICE OR THE MATTER MAY BE REFERRED TO THE JUDGE FOR FURTHER CONSIDERATION.**

***Please return a copy of this notice with your correction for verification of compliance***

I certify that this notice and a copy of the order were returned to Robert V Kelly via Bankruptcy Noticing Center.

June 2, 2011

_____
Deputy Clerk

# LIMITED POWER OF ATTORNEY

Know all men by these presents:

That I, Lisa A. Bond, Supervisor, Small Claims of **Euler Hermes ACI ("Euler")**, located at 800 Red Brook Boulevard, Owings Mills, MD 21117, as Assignee of Slade, Gorton & Co., Inc., do hereby appoint **Robert V. Kelly** of **National Recovery Services Inc.**, Post Office Box 462, Spring Lake, NJ 07762 in accordance with the compensation agreement on the Funds Recovery Contract, to represent **Euler** and to act as its attorney in fact in its name, place and stead, for its use and benefit, only for the matter of retrieving and recovering on its behalf unclaimed funds which he may locate **once** that are due to **Euler** from the Bankruptcy of **State Fish, Inc.**

Any future unclaimed funds located by Robert V. Kelly are not covered by this agreement.

For this stated purpose, I give and grant unto Robert V. Kelly full power and authority to do and perform all and every act and thing whatsoever requisite and necessary to be done for this particular purpose, which I might or could do or cause to be done if personally present.

**THIS DOCUMENT CANNOT BE USED FOR ANY OTHER PURPOSE!**

**Executed this** ___5___ **day of** ___May___ 2011

▫ You must sign, **HAVE SIGNATURE NOTARIZED** and insert the **last four digits** of the **Federal Tax ID Number below.**

**Notary Public**

Signature _____

Title Supervisor, Small Claims

XXX-XX- __2226__
Federal Tax ID Number



**Lisa A. Bond**
Supervisor, Small Claims

800 Red Brook Boulevard
Owings Mills, MD 21117
Tel: 410 753 0747 Fax: 410 753 0943
Toll Free: 877 883 3224
lisa.bond@eulerhermes.com

**Allianz Group**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

In re: State Fish, Inc. )
) Case No. 08-14408
)
) Chapter 7
)
) Judge: Pat E. Morgenstern-Clarren
Debtor

## AFFIDAVIT OF ASSIGNEE

1. I, Lisa A. Bond, swear under the penalty of perjury, that the following statements are true to the best of my knowledge and belief:

2. I am the Supervisor, Small Claims employed by Euler Hermes ACI ("Euler") located at 800 Red Brook Boulevard, Owings Mills, MD 21117.

3. Slade, Gorton & Co., Inc. ("Slade") was a creditor in the above-referenced Case.

4. On or about March 23, 2011, the Trustee in this Case deposited the amount of $43,681.85 with the US Bankruptcy Court, Northern District of Ohio ("Court") as unclaimed funds belonging to Slade.

5. The bankruptcy claim of Slade has been fully discharged by Euler under the provisions of a credit insurance policy.

6. By discharging the claim of Slade, Euler has succeeded to all the rights, title, and interest of Slade in the unclaimed funds of $43,681.85 presently on deposit with the Court.

Euler Hermes ACI

XXX-XX- 2226
Fed. Tax ID No. (last 4 Digits)

Telephone No. (410)-753-0747

Dated: 5/5/11

Signature: Lisa A. Bond

Title: Supervisor, Small Claims